# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 21, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148019-20

ALAN A. MAY, Personal Representative of the
ESTATE OF BURR NEEDHAM, Deceased,
        Plaintiff-Appellee,

v

        SC: 148019-20
        COA: 303999; 304832
        Monroe CC: 05-019213-NH

MERCY MEMORIAL NURSING CENTER,
a/k/a MONROE COMMUNITY HEALTH
SERVICES and ARUN GUPTA, M.D.,
        Defendants-Appellants,

and

WILLINE BELOW, L.P.N., RETA OBLINGER,
L.P.N., S. SCOTT, L.P.N., TINA DALE, L.P.N.,
and JULIE CEBINA, L.P.N.,
        Defendants.
_____/

      On order of the Court, the application for leave to appeal the October 3, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 21, 2014
_____

d0514


              Clerk